Robert E. Prill, Appellant, v. Ernest Magruder, Appellee.

Gen. No. 43,554.

opinion filed February 5, 1947; released for publication February 21, 1947. Downs, Scheib & Powell, for appellant; Thomas J. Downs and John D. O'Connor, of counsel; Cohen & Weiss, for appellee; Howard R. Weiss and Maurice A. Winkler, of counsel. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.